**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

HEIDI NOLL,                          : No. 611 MAL 2021
                                     :
      Respondent              :
                                     :
                                     : Petition for Allowance of Appeal
                                     : from the Order of the Superior Court
     v.                      :
                                     :
                                     :
PAUL ABELN,                          :
                                     :
      Petitioner              :

## ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of March, 2022, the Petition for Allowance of Appeal is **DENIED**.